JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BAGHERABADI, an individual, | Case No.: CV 24-5310−MWF(AGRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismissal with Prejudice (Docket No. 26), and for good cause shown, the parties' request is **GRANTED**. **IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated:    June 25, 2025

MICHAEL W. FITZGERALD
United States District Judge